# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAKE BOGDON,<br><br>    Plaintiff,<br><br>v.<br><br>NEWMONT USA LIMITED,<br><br>    Defendant. | Case No. 3:11-cv-00317-LDG (VPC)<br><br>**ORDER** |

The plaintiff, Jake Bogdon, filed a Second Amended Complaint without leave of the Court.  Accordingly,

THE COURT **ORDERS** that the Second Amended Complaint (#25) is STRICKEN.

DATED this  9  day of January, 2012.

_____
Lloyd D. George
United States District Judge