Anthony L. Hall, Esq.
Nevada State Bar No. 5977
ahall@hollandhart.com
Deanna C. Brinkerhoff, Esq.
Nevada State Bar No. 11066
dcbrinkerhoff@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

*Attorneys for Defendant Newmont USA Limited*

Daniel Marks, Esq.
Nevada State Bar No. 2003
Adam Levine, Esq.
Nevada State Bar No. 4673
Christopher L. Marchand, Esq.
Nevada State Bar No. 11197
Law Office of Daniel Marks
530 South Las Vegas Boulevard, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 386-0536
Facsimile: (702) 386-6812

*Attorneys for Plaintiff Jake Bogdon*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JAKE BOGDON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEWMONT USA LIMITED,<br>D/B/A Newmont Mining Corporation,<br>A Delaware corporation doing business<br>in the State of Nevada,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　/ | **CASE NO.:   3:11-cv-00317-LDG-VPC**<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE** |

### STIPULATION

Plaintiff Jake Bogdon ("Plaintiff") and Defendant Newmont USA Limited, dba Newmont Mining Corporation ("Defendant"), by and through their counsel of record, hereby agree and stipulate that all claims between Plaintiff and Defendant that were or could have been asserted in

1  this matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees and
2  costs.
3  Dated this 27 day of August, 2012.     Dated this 27th day of August, 2012.
4  By: _____          By: _____
   Daniel Marks, Esq.                     Anthony L. Hall, Esq.
5  Adam Levine, Esq.                      Deanna C. Brinkerhoff, Esq.
   Christopher L. Marchand, Esq.          HOLLAND & HART LLP
6  Law Office of Daniel Marks             5441 Kietzke Lane, Second Floor
   530 South Las Vegas Blvd., Suite 300   Reno, NV 89511
7  Las Vegas, Nevada 89101                Attorneys for Defendant
   Attorneys for Plaintiff

30 Aug 2012

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

5722829_1.DOCX